# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSE A. NADER, | ) | Case No. 1:23cv2037 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Reuben J. Sheperd |
| NEW YORK LIFE INSURANCE | ) | |
| CO., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT ENTRY

The Court filed its Opinion and Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: September 25, 2025

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio